# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| JAMES F. BARGER, et al | ) |
| | ) |
| v. | ) CV 214-93 |
| | ) |
| BSH HOME APPLIANCES CORP. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice in the above captioned case. This Dismissal is hereby GRANTED and all claims against defendant BSH Home Appliances Corporation are dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this 22 day of September, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA